UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                        :
MAHA B. MIKHAIL WASSEF, M.D.,           :
        Plaintiff,                      :        Civil Action No.  3:03CV160 (PCD)
                                        :
v.                                      :
                                        :
JOAN RAIMONDO,                          :
        Defendant.                      :        November 25, 2003
_____:

**PLAINTIFF'S MOTION ON CONSENT FOR
<u>EXTENSION OF TIME TO SERVE TRIAL MEMORANDUM</u>**

Pursuant to Local Rule of Civil Procedure 7(b), plaintiff Maha B. Mikhail Wassef, M.D.,

hereby moves for an extension of time of two weeks (or until December 22, 2003) to serve her

compliance with Part A of the Court's Trial Preparation Order dated November 18, 2003.  In

support of this motion, plaintiff represents as follows:

1.  Pursuant to the Trial Preparation Order, plaintiff's compliance with Part A is currently

required to be served on or before December 8, 2003.

2.  The undersigned has conferred with counsel for defendant, Constance Epstein, Esq.,

and counsel for the third-party defendant, Susan O'Donnell, Esq., and they have stated that they

have no objection to this motion.

3.  Upon receipt of the Court's November 18 Order, counsel discussed among themselves

the prospects for mediating the case.  At this point, mediation seems likely to take place.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

Plaintiff and the third-party defendant are interested in pursuing mediation promptly.  Although the vacation of her client this week has prevented counsel for defendant from responding to plaintiff's invitation to mediate the case, defendant's counsel has represented to the undersigned (and authorized him to inform the Court) that she has recommended mediation to her client.

4.  A two-week extension is warranted so that counsel can have time to solidify the plans regarding mediation.  In the likely event that mediation is pursued, pursuant to Local Rule 16 counsel will advise the Court of the details and apply for a referral to ADR, seeking a further extension of the deadline for the trial preparation memorandum if necessary to accommodate the mediation schedule.

5.  A two-week extension of time is also warranted because the long-standing plans of the undersigned for the Thanksgiving Holiday period, in conjunction with substantial work obligations associated with other cases pending in state and federal court, make it very difficult for counsel to complete plaintiff's compliance by the December 8, 2003 deadline.

6.  This is plaintiff's first motion for an extension of time in regard to any deadline in this case.

WHEREFORE, plaintiff respectfully requests a two-week extension of time (until December 22, 2003) to serve her compliance with the Court's November 18, 2003 Trial Preparation Order.

THE PLAINTIFF,
MAHA WASSEF MIKHAIL


By  /s/_____
    Steven D. Ecker (ct03762)
    James R. Smart (ct20982)
    Cowdery, Ecker & Murphy, L.L.C.
    750 Main Street
    Hartford, CT  06103
    (860) 278-5555
    (860) 249-0012
    E-mail: ecker@cemlaw.com
    E-mail: jsmart@cemlaw.com

    - Her Attorneys -

## CERTIFICATE OF SERVICE

I hereby certify that the original of the foregoing was mailed, this 25th day of November, 2003, by United States mail, postage prepaid, to:

Constance L. Epstein, Esq.
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106

Susan O'Donnell, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103.

___/s/_____
James R. Smart