GRANTED. The Trial Preparation Order deadlines will be extended as follows: Section A is due by 12/22/03; Section B is due by 1/5/04; and Section C is due by 1/16/04, at which time this case will be deemed ready for trial. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

12/8/03



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 26  9 33 AM '03
US DISTRICT COURT
NEW HAVEN, CONN.

---------------------------------
MAHA B. MIKHAIL WASSEF, M.D.,       :
          Plaintiff,                :        Civil Action No. 3:03CV160 (PCD)
                                    :
v.                                  :
                                    :
JOAN RAIMONDO,                      :
          Defendant.                :        November 25, 2003
                                    :
---------------------------------

### PLAINTIFF'S MOTION ON CONSENT FOR
### EXTENSION OF TIME TO SERVE TRIAL MEMORANDUM

Pursuant to Local Rule of Civil Procedure 7(b), plaintiff Maha B. Mikhail Wassef, M.D., hereby moves for an extension of time of two weeks (or until December 22, 2003) to serve her compliance with Part A of the Court's Trial Preparation Order dated November 18, 2003. In support of this motion, plaintiff represents as follows:

1. Pursuant to the Trial Preparation Order, plaintiff's compliance with Part A is currently required to be served on or before December 8, 2003.

2. The undersigned has conferred with counsel for defendant, Constance Epstein, Esq., and counsel for the third-party defendant, Susan O'Donnell, Esq., and they have stated that they have no objection to this motion.

3. Upon receipt of the Court's November 18 Order, counsel discussed among themselves the prospects for mediating the case. At this point, mediation seems likely to take place.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**