UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 5  8 55 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MAHA B. MIKHAIL WASSEF, M.D.<br>Plaintiff | :<br>: CIVIL ACTION NO.<br>: 303 CV0160 (PCD) |
| v. | : |
| JOAN RAIMONDO<br>Defendant and<br>Third-Party Plaintiff | :<br>:<br>: DECEMBER 31, 2003 |
| v. | : |
| SHERIF WASSEF<br>Third-Party Defendant | :<br>: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MAHA B. MIKHAIL WASSEF, M.D., by and through her counsel, Cowdery, Ecker & Murphy, LLC, hereby agrees to dismiss with prejudice any and all claims Plaintiff has against Defendant, JOAN RAIMONDO, with each side to bear its own costs.

The Defendant/Third-Party Plaintiff, JOAN RAIMONDO, by and through her counsel, Howard, Kohn, Sprague & FitzGerald, hereby agrees to dismiss with prejudice any and all claims Defendant/Third-Party Plaintiff has against Third-Party Defendant, SHERIF WASSEF, with each side to bear its own costs.

_____
Constance L. Epstein, Esq.
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106
(860) 525-3101
Attorney for Defendant/Third Party Plaintiff
Joan Raimondo

_____
James Smart
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103
(860) 278-5555
Attorney for Plaintiff, Maha B.Mikhail Wassef

_____
Susan O'Donnell, Esq.
Halloran & Sage
One Goodwin Square
Hartford, CT 06103
Attorney for Defendant Sherif Wassef