# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAHA B. MIKHAIL WASSEF, M.D. | : |
| VS. | : CASE NO. 3:03CV160 (PCD) |
| JOAN RAIMONDO | : |
| VS. | : |
| SHERIF WASSEF | : |

## ENDORSEMENT ORDER

As the parties have stipulated to dismissal of this case with prejudice (Stipulation of Dismissal with Prejudice, document no. 18, filed 1/5/04), it is SO ORDERED. The Clerk shall close the file.

Dated at New Haven, Connecticut, this 7th day of January, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court